# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANTHONY NEWTON, ) <br> ) <br> Defendant. ) | 2:11-CR-286-PMP (CWH) |

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on April 9, 2012, defendant ANTHONY NEWTON pled guilty to a Criminal Indictment, charging him with Felon in Possession of a Firearm in violation of Title 18, United States Code, Section 922(g). Docket #1.

This Court finds defendant ANTHONY NEWTON agreed to the forfeiture of the property set forth in Forfeiture Allegation of the Criminal Indictment and agreed to in the Plea Memorandum. #1, #25.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), that the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the offense to which defendant ANTHONY NEWTON pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

    a.    a silver and black Ruger, 9mm semi-automatic handgun, serial number 316-53511; and

1              b.      any and all ammunition ("property").

2       This Court finds the United States of America is now entitled to, and should, reduce the

3 aforementioned property to the possession of the United States of America.

4       NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

5 United States of America should seize the aforementioned property.

6       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of

7 ANTHONY NEWTON in the aforementioned property is forfeited and is vested in the United States

8 of America and shall be safely held by the United States of America until further order of the Court.

9       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America

10 shall publish for at least thirty (30) consecutive days on the official internet government forfeiture

11 website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state

12 the time under the applicable statute when a petition contesting the forfeiture must be filed, and state

13 the name and contact information for the government attorney to be served with the petition,

14 pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

15      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed

16 with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

17      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

18 shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

19 following address at the time of filing:

20              Michael A. Humphreys
                Assistant United States Attorney
21              Daniel D. Hollingsworth
                Assistant United States Attorney
22              Lloyd D. George United States Courthouse
                333 Las Vegas Boulevard South, Suite 5000
23              Las Vegas, Nevada 89101.

24      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein

25 need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

26 . . .

following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this _ 11th day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Elizabeth Baechler-Warren, Forfeiture Support Associate Paralegal, certify that the following individuals were served with a copy of the foregoing on April 10, 2012, by the below identified method of service:

CM/ECF:

Paul Riddle
Federal Public Defender
411 E. Bonneville Suite 250
Las Vegas, NV 89101
Email: ECF_Vegas@FD.ORG
Counsel for Defendant Anthony Newton

Richard F Boulware
Federal Public Defender
411 E. Bonneville
Las Vegas, NV 89101
Email: Richard_Boulware@fd.org
Counsel for Defendant Anthony Newton

/s/ Elizabeth Baechler-Warren
Elizabeth Baechler-Warren
Forfeiture Support Associate Paralegal